IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FUTURE PROOF BRANDS, LLC,** § § *Plaintiff*, § § v. § § **MOLSON COORS BEVERAGE** § **COMPANY f/k/a MOLSON COORS** § **BREWING COMPANY and** § **MILLERCOORS, LLC,** § § *Defendants*. § | Civil Action No. 1:20-cv-00144 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Future Proof Brands, LLC ("Future Proof") and Defendants Molson Coors Beverage Company and MillerCoors LLC (collectively, "Molson Coors") (jointly, the "Parties") have agreed to amicably resolve the disputes that are the subject of this litigation.

Accordingly, IT IS HEREBY STIPULATED by the Parties, through their undersigned counsel, that all claims asserted by Future Proof in this action are hereby voluntarily dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the Parties to bear their own costs and attorney fees.

DATE: June 1, 2021

Respectfully submitted,

/s/ Christopher J. Schwegmann
Texas Bar No. 24051315
cschwegmann@lynnllp.com
Kent D. Krabill
kkrabill@lynnllp.com
Texas Bar No. 24060115
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:  (214) 981-3800
Facsimile:   (214) 981-3839

Kirby Cronin
Texas Bar No. 00793566
kcronin@croninpllc.com
**CRONIN PLLC**
4301 Westbank Drive
Building B, Suite 270
Austin, Texas 78746
Telephone: (512) 703-1400

*Attorneys for Plaintiff*
*Future Proof Brands, LLC*

AGREED TO:

/s/ Pete Marketos
Pete Marketos
Texas Bar No. 00902389
petemarketos@rm-firm.com
Brett S. Rosenthal
Brett.rosenthal@rm-firm.com
**REESE MARKETOS LLP**
750 N. SAINT PAUL, SUITE 600
Dallas, Texas 75201
Telephone: (214) 382-9810

And

Mark A. Klapow
mklapow@crowell.com
Chistopher A. Cole
ccole@crowell.com
Vincent J. Galluzzo

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE                                                         2

vgalluzzo@crowell.com
**CROWELL & MORNING LLP**
1001 PENNSYLVANIA AVE. NW
Washington, DC 20004
Telephone: (202) 624-2975

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of June, 2021, a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice* was electronically filed through *ECF*.

/s/ Christopher J. Schwegmann
Christopher J. Schwegmann